Certified Mail # 7019 2970 0001 3778 3839

DANIEL COBB   24773-171
Name and Prisoner/Booking Number

U.S.P. - TUCSON
Place of Confinement

P.O. BOX 24550
Mailing Address

TUCSON, AZ 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌──────────────────────────────────────────┐
│  ⬜ FILED              LODGED              │
│  ⬜ RECEIVED           COPY                │
│  ┌──────────────────────────────────┐     │
│  │                                  │      │
│  │        JUN  9 2021               │      │
│  │                                  │      │
│  │  CLERK U S DISTRICT COURT        │      │
│  │    DISTRICT OF ARIZONA           │      │
│  │ BY_____ DEPUTY        │      │
│  └──────────────────────────────────┘     │
└──────────────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DANIEL COBB
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) CATRICIA HOWARD, et al.
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

        Defendant(s).

⬜ Check if there are additional Defendants and attach page 1-A listing them.

CV-21-00241-TUC-JAS(PSOT)

CASE NO. _____
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

JURY TRIAL DEMANDED

☒ Original Complaint
⬜ First Amended Complaint
⬜ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
    ⬜ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: 42 U.S.C. §§1985, 1986, TORT Claim Act .

2.   Institution/city where violation occurred: United States Penitentiary-TUCSON, TUCSON, AZ

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: __Catricia Howard__ . The first Defendant is employed
as:  __Complex Warden__ at __U.S.P. - TUCSON__ .
(Position and Title) (Institution)

2.  Name of second Defendant: __K. Werner, DR.__ . The second Defendant is employed as:
as:  __SOMP Coordinator/Psychologist__ at __U.S.P.-TUCSON__ .
(Position and Title) (Institution)

3.  Name of third Defendant: __L. Unruh-Parker, DR.__ . The third Defendant is employed
as:  __SOMP Psychologist__ at __U.S.P.-TUCSON__ .
(Position and Title) (Institution)

4.  Name of fourth Defendant: __M. MITSTIFER, DR.__ . The fourth Defendant is employed
as:  __Challenge Program AW/Coordinator__ at __U.S.P.-TUCSON__ .
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS (Continued)

5. Name of fifth Defendant: Edna Lara . The fifth Defendant is employed as: Unit Manager , at U.S.P. - TUCSON.

6. Name of sixth Defendant: Amanda Stangl . The sixth Defendant is employed as: Unit Manager at U.S.P.-TUCSON.

7. Name of seventh Defendant: A. Gallion. The seventh Defendant is employed as: Special Investigation Service Agent at U.S.P.-TUCSON.

8. Name of eighth Defendant: DR.    Hayden. The eighth Defendant is employed as: AW over Psychology at U.S.P.-TUCSON.

9. Name of ninth Defendant: D. McNamara. The ninth Defendant is employed as: Correctional Treatment Specialist (CTS), MS at U.S.P.-TUCSON.

10. Name of tenth Defendant: Amy Moraila. The tenth Defendant is employed as: Correctional Treatment Specialist (CTS) at U.S.P.-TUCSON.

11. Name of eleventh Defendant: C. Cole. The eleventh Defendant is employed as: Discipline Hearing Officer (DHO) at U.S.P.-TUCSON.

12. Name of twelfth Defendant: Antonietta Estrada. The twelfth Defendant is employed as: Discipline Hearing Officer (DHO) at U.S.P.-TUCSON.

13. Name of thirteenth Defendant: K. Garcia. The thirteenth Defendant is employed as: Trust Fund Supervisor at U.S.P.-TUCSON.

14. Name of fourteenth Defendant: Lorri Mitchell. The fourteenth Defendant is employed as: Legal Assistant at U.S.P.-TUCSON.

15. Name of fifteenth Defendant: Ms. Diabueno . The fifteenth Defendant is employed as: Administrative Remedy Clerk at U.S.P.-TUCSON.

16. Name of sixteenth Defendant: M. Mack. The sixteenth Defendant is employed as: Echo-TWO Case Manager at U.S.P.-TUCSON.

17. Name of Seventeenth Defendant: D. Madrid. The Seventeenth Defendant is Employed as: Special Investigation Tech, at U.S.P.-TUCSON.

B. DEFENDANTS (Continued)

18. Name of eighteenth Defendant: Ann Ash, MD. The eighteenth Defendant is employed as: Medical Doctor at U.S.P.-TUCSON.

19. Name of nineteenth Defendant: S. Waite, MD. The nineteenth Defendant is employed as: Medical Doctor at U.S.P.-TUCSON.

20. Name of twentieth Defendant: S. Bass, HSA. The twentieth Defendant is employed as: Health Services Administrator at U.S.P.-TUCSON.

21. Name of twenty-first Defendant: B. Schuler. The twenty-first Defendant is employed as: Registered Nurse at U.S.P.-TUCSON.

22. Name of twenty-second Defendant: C. Schuler. The twenty-second Defendant is employed as: Registered Nurse at U.S.P.-TUCSON.

23. Name of twenty-third Defendant: J. Williams. The twenty-third Defendant is employed as: Licensed Practical Nurse at U.S.P.-TUCSON.

24. Name of twenty-fourth Defendant: J. Alexander. The twenty-fourth Defendant is employed as: Assistant Health Services Administrator at U.S.P.-TUCSON.

25. Name of twenty-fifth Defendant: J. Cox. The twenty-fifth Defendant is employed as: NP-C at U.S.P.-TUCSON.

26. Name of twenty-sixth Defendant: V. Ramsey. The twenty-sixth Defendant is employed as: AGNP-BG at U.S.P.-TUCSON.

27. Name of twenty-seventh Defendant: Shara Johnson, PhD. The twenty-seventh Defendant is employed as: SHU Psychologist (current Challenge Coordinator) at U.S.P.-TUCSON.

28. Name of twenty-eighth Defendant: CTS Diabueno. The twenty-eighth Defendant is employed as: Correctional Treatment Specialist (CTS) at U.S.P.-TUCSON.

29. Name of twenty-ninth Defendant: Barbara von Blanckensee. The twenth-ninth Defendant was employed as: Complex Warden at U.S.P.-TUCSON.

30. Name of thirtieth Defendant: B. Byler. The thirtieth Defendant is employed as: Correctional Counselor for Echo Unit at U.S.P.-TUCSON.

31. Name of thirty-first Defendant:  . Ybarra. The thirty-first Defendant is employed as: Operations Lieutenant at U.S.P.-TUCSON.

# COUNT 1

1. State the constitutional or other federal civil right that was violated: _First Amendment violation, Parent-Child relationship._

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [X] Other: <u>1st Admendment Violation</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 1. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On June 9, I received back my Photo Album, taken from my Property when I went to SHU, from Defendant Mulchay in her Psychology office. One week later, I was given another Incident Report (I/R) for 196, Illegal Use of [Email]. I gave my statement, that this is wrong and I have evidence to prove it. That afternoon, on June 16, 2017, I was given another I/R this one for 197, Illegal Use of Telephone. (A charge mainly reserved for Drug interactions.) One to Two Weeks before DHO Hearing for them, My Daughter's Telephone and email address were blocked. Given that I had No Telephone due to previous 104 I/R (on May 17, 2017) I did not push the request due to the I/Rs being written on me for contacting my daughter. When my Phone Restriction was finished on Nov. 21, 2017, I then tried to Appeal the decision. I was told by EddNa LARA that it is too Late to Appeal it. (even though it was/is still ongoing)

   The DHO, J. Cinto, expunged the I/Rs but this institution is still using the I/Rs against me to further their Beliefs/conspiracy to interfer with my Rights.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was cut off from communicating with my Child for the past 4 years and when I did try to exercise my Parental rights on Aug. 25, 2019, My Phone was Suspended Indefinately, + as a added measure, my Wife's contact Info was Blocked.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count 1? [ ] Yes [X] No
   c. Did you appeal your request for relief on Count 1 to the highest level? [ ] Yes [X] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was told in December 2017 that the Phone numbers were restricted in July 2017, and that I would be considered Untimely if I filed a Grievance

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

**COUNT 2**

1. State the constitutional or other federal civil right that was violated: First Amendment Violation of Familial Association / Intimate Association by Blocking Wife's Contact Information (ALL)

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: First Amendment Rights

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 2. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On October 15, 2019, Five days after unjustly being found guilty of 197 Illegal Use of Phone, without any Notice My Wife's Contact Information was blocked on my Account. ALL of her Information. (Mailing Address, Email Address, and Telephone Numbers, Cutting all communication to and From her. I appealed that decision. The Warden responded that I was "investigated "multiple times" for misuse of correspondence, telephone and Trulincs messaging access." Investigated is NOT a guilty verdict. My Wife has not contacted this prison to block my communication with her. I appealed to the Regional Office. Regional Office Responded, Quoting PS 4500.12, and stated that "based on your offense behavior while in federal BOP you are appropriately restricted from TRULINCS participation.... There are alternate methods you can use to communicate to family and friends." Yet, If I have No Mailing Label to Mail my Wife, No Email access to email my wife, and No Telephone access to call my Wife. And Psychology says No Contact Direct or Indirect. Then What is the "Alternate Method". I appealed to The Central Office in D.C. The Central Office focused on Email and did not address (Ignored) the mailing block, and telephone Block. The 9-13-2010 Memo for BOP wide instructions does say that Sex Offenders should Not be restricted simply based on a current or prior sex offense....the risk to transfer images does not exist (See Memo, Sept. 10) I was found not to have committed 196 and 197 (Both Expunged) But still preserved on the 2017 CMP. The 399 and 306 was for not following the 2017 CMP. The Most Recent 197 2019 was lowered to 397 and then Expunged by Region, But Refused to expunge the 397 at the Institution. Using it to maintain their Motives to suspend my Phone, My Email access, and writing/contacting my wife. Defendents Involved Current & Former Complex Warden SOMP Psychologists, Legal Assistant, Lorri Mitchell Administrative Remedy Clerk.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

No Process before Blocking Wife's Contact Information, chilled/chilling my 1st Amendment right to familial / Intimate Association with my wife, for contacting her.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 2? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 2 to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

## D.  CAUSE OF ACTION

### COUNT 3

1.  State the constitutional or other federal civil right that was violated: __Constitutional Right under AMENDMENT 1, Freedom of Speech, Freedom of Association__ .

2.  **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☒ Other: __Freedom of Speech/CONTACT__
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count 3. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On October ?? , 2019, B. von Blanckensee signed a Memorandum to block my Wife's Addresses (mailing and Email) and her telephone number. The Memorandum was authored by the Legal Assistant, Lorri Mitchell. I was not provided as per policy, with any written notification of any block on any of my contacts, giving me the reason why the blocks was placed on my wife's contact information. I sent several Emails inquiring as to why, and received no explanation. I then filed my appeals and exhausted my available remedies concerning the blocks. All the Appeals were denied.

My Wife's Mailing address was blocked. My Wife's Email Address was blocked. My Wife's telephone number(s) were blocked as well. Leaving NO Alternatives available to me contact her, Without violating B.O.P. Policy causing me to receive a incident report and sanctions for trying to exercise my 1st Amendment Right of speaking to my Wife. As of 4-1-2020 to 4-2021 Visits were prohibited Nation Wide due to COVID-19 virus. Cutting me off completely from my wife and daughter who live in the Philippines (with no flights coming into the Country and My Wife's Visa Applications being denied.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
My right to intimate association with my Wife was halted with no notice, preventing me from communicating with her about the management, care, and custody of my child. These blocks have left me with NO alternative means of communication with my Wife. No Mail, No Email, No Telephone, and No Visits. No Alternatives Available.

5.  **Administrative Remedies:**
    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☒ Yes    ☐ No
    b. Did you submit a request for administrative relief on Count 3                    ☒ Yes    ☐ No
    c. Did you appeal your request for relief on Count 3 to the highest level?          ☒ Yes    ☐ No
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5

## D.  CAUSE OF ACTION

### COUNT 4

1.   State the constitutional or other federal civil right that was violated:  <u>1st Amendment, Freedom of</u> <u>association, Communications with my Wife, Daughter, with no alternative means of associating.</u>

2.   **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 4.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

<u>The Complex Warden, B. von Blanckensee signed a memorandum approving the denial of</u> <u>Mr. Cobb contacting his Wife, Daughter, in October 2019.</u> Lorri Mitchell, Legal Assistant, <u>authored several memorandums to block Mr. Cobb from contacting his Wife,</u> <u>Daughter, and Mother's cellular phone number. The Memorandums have blocked phone</u> <u>numbers and Mailing addresses of his Wife and Daughter. Special Investigation Services</u> <u>(S.I.S.) have concurred with the Memorandums (Memos) and have helped to enforced the</u> <u>blocking of Mr. Cobb's contact with his family.</u> Lorri Mitchell, the Legal Assistant for USP-Tucson has Authored Memorandums in Support of terminating his Constitutional Rights. Using the false Incident Report as Justification for the memorandums. With my Wife's Contact Information being blocked (All CONTACT INFORMATION) I have been severed from my wife and Daughter.

As of April 1 2020 Visits were suspended and take into account that she lives Out of the Country, Due to COVID-19 From 4-1-2020 to April 2021 No visits were allowed. The Bop director added 200 minutes to per-Month minutes = 500 min. and made all telephone calls FREE. I asked to allow me the same opportunity to call my family. I was denied.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
My 1st Amendment Rights are being violated by Not Being allowed to communicate with my Immediate Family. Freedom of Association

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count 4?   ☒ Yes   ☐ No
   c.   Did you appeal your request for relief on Count 4 to the highest level?   ☒ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

6

## D.  CAUSE OF ACTION

### COUNT 5

1.  State the constitutional or other federal civil right that was violated:  1st Amendment, Freedom of Association with my Wife, Daughter

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Blocking Contact with wife & Child

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 5.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Complex Warden, B. von Blanckensee signed a Memorandum authored by Legal Assistant Lorri Mitchell / Special Investigation Services (S.I.S.) to Block my Wife's Mailing address and Email address, after Discipline Hearing Officer (DHO) C. Cole found me guilty of violating inmate code of conduct 197, Use of the telephone for an illegal purpose. L. Mitchell, and S.I.S. used a Correctional Management Plan (CMP) as a rational reason to author the Memorandum. The CMP was authored by SOMP Psychologist L. Unruh-Parker and approved by SOMP Psychologist K. Werner. The CMP was authored on September 10th, 2019, but was delivered to me on September 18th, 2019, while I was in the Special Housing Unit. The CMP mentions old events that I was EXPUNGED of any wrong doing, and mentions NEW events that the Psychologists believe to be continued "Risk Relevant Behavior". (See CMP Dated: Sept. 18th) This recent event was brought to their attention by either an Inmate (My Cellmate) or Challenge Staff, before my "Challenge Program" Review on Sept. 5th, 2019. Where Challenge Coordinator, M. Mitstifer told me that I contacted my child and she is listed as a Victim in my Presentence Report (PSR) and that I was breaking my "No-Contact Order" that was handed down by the Sentencing Judge, on Sept.26th,2013. She asked me about a letter sent to me by my daughter that included photos of her, and
CONTINUED ON PAGE    >>>>>>

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
I have been blocked by the Warden, Trust Fund, S.I.S., Psychology, Challenge Staff, and My Unit Team from contacting my Wife, even though she has NOT requested this prison to Block any communication from me, and that my communication is NOT unwanted by her or my daughter.

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                           ☒ Yes    ☐ No
   b.  Did you submit a request for administrative relief on Count 5?                 ☒ Yes    ☐ No
   c.  Did you appeal your request for relief on Count 5 to the highest level?        ☒ Yes    ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT 5 (continued)

A father's day greeting (handmade) and other handwritten items. She took the items from me and told me that she believes that I cannot possess them. Four days later, I was given a Incident Report (I/R) and sent to the SHU due to these beliefs. Nine days later, Sept. 18, I was given a confiscation form, NOT by Dr. Mitstifer, but by Dr. Unruh-Parker, who was NOT present at my "Challenge Team" meeting. The form was filled out by Dr. Unruh-Parker (Dr. Unruh). I was also given a "NEW" CMP, dated 9-10-2019. Where Dr. Unruh pointed out, with SOMP Coordinator (SOMPC), that my telephone was suspended by approval from the Complex Warden, Defendant Barbara von Blanckensee. I asked for "how long?" Dr. K. Werner replied, "Indefinitely". Dr. Unruh told me that I was not contact my daughter for the rest of my life. She then asked me how I felt about that? I replied, "Like her birth did not happen".

On September 23, 2019, I was called by the DHO for my hearing, even though I have NOT spoken to my requested Staff Representative, E-1 Case Manager, Defendant Amanda Stangl. I went to see the DHO, I asked about my Staff Rep., he said that he contacted her but she did not want to come to the hearing. He asked if I wanted to Postpone the hearing, I said, Yes, unless you are going to Expunge it like the last the DHO. He flipped through the packet and said, "not with the evid--we will see at the hearing." Which told me that he was going to find me guilty (even before I presented my documentary evidence). So I postponed the hearing. Later that day, Defendant Stangl did her rounds in the SHU. I asked why she was not at the hearing? She checked her radio to make sure the volume was up and said, that no one contacted her about it.

I later asked for and received my psychology records. In the records on Sept. 23, 2019, at approximately 11:30am, Defendant Mitstifer entered in my records that I was EXPELLED from the Challenge Program. With her expecting that I would have my scheduled DHO Hearing and would have been found "guilty" by then, given that inmates rarely postpone the hearing thereby extending their time in the SHU. But I did postpone my hearing and it was not held till 10-10-2019. (2½ weeks later) This entry into records "tipped her hand" and showed me that she was involved and that she played a role in the I/R. Because if I was found "not guilty" at the hearing and the I/R expunged, she would have allowed me to continue in the Challenge Program and graduate, but because of the filings with this court and with Internal Affairs against her Correctional Treatment Specialist, Defendant Amy "Evans" exposing her NOT protecting my daughter's Personal Identifying Information, causing her to no longer work for the B.O.P., causing Dr. Mitstifer to take over 2 journal groups, in other words (extra work). She was holding a grudge against me. There have been 3 different inmates that I am to identify that went to the SHU for over a month and returned to graduate the Challenge Program.

My Wife and Daughter have not contacted this institution to request that I stop communication with them, nor that my communication was unwanted. To the contrary, even in the written I/R it states my daughter "tells him she misses him and hopes she can see him soon." Stopping communication between my Wife and Daughter and myself without their consent is a violation of THEIR Rights and my rights as well.

7-A

## COUNT 6

1.   State the constitutional or other federal civil right that was violated: _First Amendment Violation,_
_Parent-child relationship_

2.   **Count II.**  Identify the issue involved.  **Check only one.**  State additional issues in separate counts.
☐ Basic necessities           ☐ Mail                 ☐ Access to the court       ☐ Medical care
☐ Disciplinary proceedings    ☐ Property             ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety    ☒ Other: _1st Amend.-Parental Rights_

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 6 .  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

On June 9, 2017, My Photo Album was returned to me by Defendant Dr. Allison Mulchey, the Album was taken when I went to the SHU for the 104 code violation (that was ultimately expunged). One week later on June 16, 2017, I received another I/R for 196, Illegal use of Mail (Email). I gave my statement that this I/R is wrong and I have evidence to prove it. That afternoon I received a I/R for 197, Illegal Use of Telephone. One to two weeks before my DHO Hearing, my daughter's Contact Info was blocked and my email was turned off. At my DHO Hearing my I/Rs were Expunged. Since my telephone was restricted for 6 months due to the 104 I/R, I did not pursue the Appeal for the Email and Telephone of my Daughter to be Unblocked. Given the Time line of events. I was feeling targeted.
I received a Response from the Government on a Motion I filed to clarify my J+C and the Government Used my Expunged 197 I/R as a Exhibit, and mentioned speaking to Defendant Edna LARA about my email being turned off. (@Sept. 2017)
So when my Phone turned back on in Nov 2017, I spoke to Lara About Appealing my daughter's Contact Info being blocked. She replied, It is to late to do that. (Even though it is still an ongoing issue.)

The Defendants, Complex Warden, SIS, Psychology, Legal Assistant and Unit Team members are still using the Expunged I/Rs against me.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
I have been cut off from all communication with my child, for the Past 4 years and When I tried to exercise my Parental Rights on Aug. 25, 2019, My Phone was suspended Indefinitely and my Wife's Information for Contact was blocked (for good measure).

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☒ Yes    ☐ No
b.   Did you submit a request for administrative relief on Count 6?                ☐ Yes    ☒ No
c.   Did you appeal your request for relief on Count 6 to the highest level?      ☐ Yes    ☒ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I was told that It would be Untimely and given my last experiences of being placed in the SHU for exercising my rights, I felt I would be retaliated for Doing so._

8

## COUNT 7

1. State the constitutional or other federal civil right that was violated: Plaintiff alleges that that his First and Fifth Amendments were violated by Psychology Staff.

2. **Count** . Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 7 . Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff alleges the Psychology Staff violated his First and Fifth Amendments by issuing a Correctional Management Plan stating that the Plaintiff cannot contact his daughter, now or for the foreseeable future, by using the clerical error in his Judgement and Commitment order ("J&C").
   The Defendants in the Psychology Department include: Dr. J. Hayden, A. Mulchay PhD, Dr. Unruh-Parker, Dr. Werner, Dr. M. Mitstifer.
   The above defendants refused to correct the Correctional Management Plan when the mistake was brought to their attention, only to correct the Correctional Management Plan where it would NOT benefit the Plaintiff. (i.e. Changing from "109 photos" to "thousands" of photos)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Plaintiff was not allowed to contact his daughter without receiving and Incident Report if he exercised his 1st and 5th Amendment rights by contacting his daughter for care and management of her.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 7 ?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 7 to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

9

## COUNT 8

1. State the constitutional or other federal civil right that was violated: _Retaliation for Exercising my 1st Amendment, Right of Familial Association and Parent-Child relationship_

2. **Count** . Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☒ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 8 . Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On August 26, 2019, Psycologist for SOMP learned about a Phone Call I made to my Mother where I spoke to my wife and daughter. On Sept. 9, I was issued a Incident Report (IR) for Illegal Use of Telephone, 197 code. Incorrectly saying my Mother was hiding my Daughters name and excluding my wife completely from the Report. I requested my Contact list from my Staff Rep. I presented Exculpatory Evidence. The DHO C. Cole refused to consider or look at my Evidence (His Mind was made up before hearing) I appealed, the Guilty Decision, Regional Office said to "Reconsider the Matter" within 21 days of the decision, on Jan. 15, 2020. I appealed on Feb 20 the denial of the Rehearing. The DHO (New) Antonietta Estrada reheard the matter on or about March 10, 2020 and changed to 397 and 306, Then Regional Office Expunged the 397 and 306. The institution Expunged the 306 but Not the 397. The DHO refuses to Expunge the 397, due to a "typographical error" on the Regional Response, Focusing on "partially Granted" even though above that sentence states clearly that "the 306 and 397 be Expunged". I tried to get it Resolved in court and was told to file a 1983 Bivens claim. I already exhausted my Remedies. Remedies # 996816, 1010231, 1021539 Defendants involved: Complex Warden Catricia Howard, DHO C. Cole, DHO Estrada, Administrative Remedy Clerk for Regional Office - Unknown (Jane Doe), (Former) Complex Warden BarbArA Von Blanckensee, Legal Assistant Lorri Mitchell, SOMP Psychologist Werner, and Dr. Unruh-Parker, and Cheif Physcologist James Hayden.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was issued a false IR and it was used against me to Kickme out of challenge Phrogram, to Indefinately suspend my Phone, and to block my Wifes Phone and mailing, Email Addresses, and "lost" my Photographs and letter and Father's Day Greeting by my Daughter and refuses to Allow me to mail to her Grandmother. Missing a End of Life Call to Maternal Grandmother

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 8 ?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 8 to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

10

## D.  CAUSE OF ACTION

### COUNT 7

1.  State the constitutional or other federal civil right that was violated: <u>5th Amendment,</u>
<u>Violation of Constitutional Fundamental Rights</u>.

2.  **Count I.  Identify the issue involved.  Check only one.  State additional issues in separate counts.**
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: <u>Violation of I, V, VIII, IX & XIV.</u>

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 7  Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.
   <u>On September 10, SOMP Coordinator and Psychologist Dr. K. Werner and Dr. Unruh-</u>
   <u>Parker authored a Correctional Management Plan for Petitioner (CMP) in response</u>
   <u>to a Incident Report written by Special Investigative Services Agent D. Madrid</u>
   <u>on September 9, 2019 concerning a Phone call Petitioner made to his mother on</u>
   <u>August 25, 2019. (see Exhibit 1,2) In the CMP it states that Petitioner violated</u>
   <u>his Judgment and Commitment Order (J&C) by "having contact about his daughter and also</u>
   <u>having direct contact with her" calling it "inappropriate" as well. Due to this</u>
   <u>CMP by a Professional Psychologist, fellow Staff members believed this as well.</u>
   <u>A few of those Staff members are the COMPLEX Warden, and the Trust Fund Supervisor.</u>
   <u>The Legal Assistant Leon Mitchell     then authored a Memoradum in Support of</u>
   <u>Turning off the Petitioner's Phone, suspending it.(See P. 4, I.)of the CMP)</u>
   <u>On October 15th, 2019 The Petitioner's Wife's Mailing and Email addresses were</u>
   <u>Blocked on his Contact Sheet (See Exhibit 3) Denying him access to his immediate</u>
   <u>family. and not giving him the oportunity to help in the Raising of his Child.</u>
   <u>The warden did not and still has not provided the Petitioner with Written</u>
   <u>Documents/notification so he can address this Block through Administrative Remedy.</u>

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   <u>I have been denied my Constitutional Right to maintain family/community ties, and</u>
   <u>I have been stripped of my Parental Rights UNJUSTLY, without any judical process.</u>

5.  **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                      ☒ Yes    ☐ No
   b.   Did you submit a request for administrative relief on Count 7           ☒ Yes    ☐ No
   c.   Did you appeal your request for relief on Count 7 to the highest level? ☒ Yes    ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____

**COUNT 10**

1.   State the constitutional or other federal civil right that was violated: <u>Constitutional Right</u>
<u>under AMENDMENT 5, Deprive liberty without Due Process of Law</u>.

2.   **Count III.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: <u>Denied Due Process of Law</u>.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 10.  Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.
<u>In July 2017 and September 2019, the following defendants deprived me of speaking to</u>
<u>my daughter without substantial Due Process of Law. Terminating my Parental Rights,</u>
<u>and severing the parent-child relationship I had with my daughter without any notice</u>
<u>or any kind of Due Process. (B. von Blanckensee authorized the Memorandum that Lorri</u>
<u>Mitchell authored, using the Incident Report that contains false information about</u>
<u>the telephone call placed on August 25, 2019, authored by S.I.S. D. Madrid. After</u>
<u>he/she was contacted by SOMP Staff, Dr. Unruh-Parker and/or Dr. Werner when they</u>
<u>received notification of the telephone call by my cellmate in the "Challenge Program".</u>
<u>And the telephone call was confirmed by themselves and the Challenge Coordinator,</u>
<u>Mereith  Mitstifer . Allison Mchaley Wrote the First Correctional Management Plan</u>
<u>(CMP) on July 13th, 2017, stating that I Violated my Judgment and Commitment Order,</u>
<u>Which is/was false. (See Court Of Appeals March 4th, 2020 ORDER) L. Unruh-Parker,</u>
<u>wrote the Second CMP using the same language that Allson Mchaley used, both defendants</u>
<u>failed to disclose in the CMP that the 196 and197 Incident Reports were EXPUNGED</u>
<u>leading the reader to believe that the IncidenReports were Held as GUILTY and NOT</u>
<u>Expunged.</u>

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
<u>My Parental Rights were severed without Due Process, which also severed my</u>
<u>parent-child relationship between my daughter and myself, with no hearing or notice.</u>

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                    ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count 10 ?      ☒ Yes   ☐ No
   c.   Did you appeal your request for relief on Count 10 to the highest level?   ☒ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

12

### COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Fifth Amendment, Due Process</u>
<u>and Equal Protection. (Class of one)</u>

2. **Count** ___. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On July 10, 2017, the DHO, J. Ciufo, expunged 2 I/Rs (196 and 197) both were speaking to my daughter and communicating with her through Email. The DHO told me that I have every right to contact my daughter and wife and that she is NOT my victim. On July 13, 2017, after the expungment of the I/Rs. I was placed on Correctional Management Plan (CMP) by Psychology Sex Offender Treatment Program (SOMP) Coordinator, Allison Mulchay as as retaliation for getting the I/Rs expunged. She documented the Expunged I/Rs in the CMP and that I was violating my Judgment and Commitment Order (J&C) and added that I not possess any photographs of "documented victims". The only person that labeled my daughter a "victim" was the Probation Officer, not the Court.(even though she gave me photographs of my daughter back on June 9, 2017.) On Dec. 6, 2017, I turned in a "sensitive" BP-9 to the Executive Assistant, Dulgov, concerning Edna Lara writing me a "missing team" I/R due to retaliation. The next day, Dec. 7, 2017, I received a I/R for speaking to my mother and asking about sending photographs of my mother's summer cruise with my Step-father and daughter. The I/R also stated that I used a "google number" (that brings the cost down per min.) and that I was Blatantly violating prison rules. The same DHO that said "NOT GUILTY" in July, now finds me Guilty in December?!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was not given any notice about the 399 M/L 306. And the DHO said I can talk to my daughter in July 2017, and expunged TWO "GREATEST" Codes (196 and 197), then finds me guilty in Dec. 2017 for only ASKING for a Photo of my daughter, from my mother.
   ****NOTE: My daughter is NOW 18 Years Old as of NOVEMBER 2020.*******

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II ?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

**COUNT** /2

1.  State the constitutional or other federal civil right that was violated: 5th and ~~14th~~ *First* Amendments, Violation of Due Process, Loss of Parental Rights, Terminiation of Contact with Child, Violation of 18 U.S.C.§3551(b)(3), §3586, §3621.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: Violation of Due Process

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count /2.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

The Complex Warden, B. von Blanckensee, signed an approval to block contact between Mr. Cobb and his Daughter without affording Mr. Cobb Due Process by way of a hearing of any sort. SOMP Psychologists K. Werner and L. Unruh-Parker both have told Mr. Cobb that he is not to have contact, direct or indirect with his daughter. (see Psychology Record) Special Investigative Services (S.I.S.) Lt. Gallion has told him that he is to not have contact with Mr. Cobb's Daughter. (See S.I.S. Memorandum (S.I.S Memo.)) Legal Assistant Lorri Mitchell, has authored several Memorandums dening Mr. Cobb's access or ability to contact his Daughter, dating back to July 2017. Lorri Mitchell and/or Discipline Hearing Officer C. Cole requested/authored a memorandum to block contact with Mr. Cobb's Daughter as a result of a Discipline Hearing held on Oct. 10, which the DHO found Mr. Cobb guilty of Code 197, Use of the Telephone for an illegal purpose. Case Manager S. Stangl told Mr. Cobb that he is to not have contact with his Daughter as well, using the several requests/memorandums to back up her beliefs. All of the Defendants were acting in their individual capacity under color of their jobs, knowing that there is a clerical error in Mr. Cobb's Judgment and Commitment Order(J&C) and are consciously and recklessly disregarding their acts and omissions for the very purpose of denying Mr. Cobb access to contact his Daughter knowing that she is not part of his victims for which he was convicted and that she wishes to have contact with him.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Mr. Cobb has a cognizable liberty interest in the companionship, care, custody and management of his child, and ALL defendants are stopping him from doing so without any DUE PROCESS of any kind before bestowing the termination of his Parental Rights.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count /2?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count /2 to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

14

## COUNT 13

1. State the constitutional or other federal civil right that was violated: _Below Defendants violated my First Amendment right of Familial Association and Fifth Amendment substantial due Process_.

2. **Count** . Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _1st and 5th Amend. Violations_.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 13. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Sept. 9, a false charge was written and used to Block my Wife's Contact Information. Her Addresses, Mailing and E-mail, and her Phone Numbers were blocked on October 15, 2019. The Contact Information was blocked by Complex Warden, through the Memorandum Authored by the Legal Assistant for U.S.P. Tucson. Referencing the Beliefs of the Psychologists wrote in the CMP. I appealed, and exhausted my Remedys. Full Remedy #1000829
   The Defendants for this Count is:
   Complex Warden Barbara Von Blanckensee - Approved Constitutional Violation Memorandum.
   Legal Assistant - Lorri Mitchell - Authored Memorandum that Complex Warden Approved.
   Discipline Hearing Officer C. Cole - Found Plaintiff Guilty without considering evidence (Documentary)
   Discipline Hearing Officer Antonietta Estrada - Found Plaintiff Guilty of 397+306 without considering Doc. Evidence
   Complex Warden Catricia Howard - Enforces Currently the Complete Blocking of my Wife's Information

   With my Wife's Email, Mailing Addresses and her Phone Numbers blocked, I have NO Alternatives to contacting her. I was told by Psychologists to NOT contact my daughter directly and indirectly. I was written a Code Violation for talking to my Wife through my Mother. Therefore, No Allowed to communicate to her through 3rd Party.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _I am unable to call, Email or write a letter to my Wife for Intimate Association and to provide Care, Custody, and Management of our child._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 13? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 13 to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

15

## COUNT 14

1.  State the constitutional or other federal civil right that was violated: <u>First and Fifth Amendment</u>
<u>Rights severing the Parent-Child Relationship without Due Process</u>                              .

2.  **Count**    . Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: <u>First and Fifth Amend. Rights</u> .

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 14.  Describe exactly what
**each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
citing legal authority or arguments.
<u>Plaintiff alleges that the below listed Defendants violated his First and Fifth</u>
<u>Amendment Rights by using a False Incident Report (I/R) to author a Memorandum for</u>
<u>for the Complex Warden B. von Blanckensee, to authorize blocking his communication</u>
<u>with his Wife and Daughter. In doing so they violated my First Amendment Right to</u>
<u>to Intimate Association with my Wife, preventing the Plaintiff from being included</u>
<u>in the care, management and education decisions concerning my Child.</u>
<u>Plaintiff was denied any notice or any defense BEFORE my rights were stripped away.</u>
<u>The Defendants have and continuing to prevent me from maintaining my relationship</u>
<u>with my child. Preventing me from contacting my immediate family is extremely and</u>
<u>unusually harsh, and was done to me because their beliefs that I should not be able</u>
<u>to do so, even though I have a right to do contact them, and they do not like it.</u>
<u>I am requesting to unblock my Wife's Contact Information and Stop harrassing me and</u>
<u>my family, and for Nominal, Declarative , and Punitive.</u>
<u>Defendants for the above: Catricia Howard, B. von Blanckensee, Lorri Mitchell,</u>
<u>C. Cole-2019 DHO, LT. Ybarra, S.I.S. A. Gallion, Psychologist Unruh-Parker & Werner,</u>
<u>M. Mitstifer, K. Garcia-Trust Fund Superv., DHO Estrada, A. Stangl, and Edna Lara.</u>

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
<u>My First amendment right of Parent-child relationship with my daughter was violated without Due Process</u>
<u>because my DHO hearing in Oct 10 and March 10 2020 was violated by not considering my documentary evidence</u>
<u>and the Documented Lies the Staff Report and Witness said.</u>

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                          ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count 14?             ☒ Yes    ☐ No
    c.  Did you appeal your request for relief on Count 14 to the highest level?    ☒ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.  _____
        _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

16

**COUNT 15.**

1.  State the constitutional or other federal civil right that was violated: <u>Constitutional Right</u> <u>under AMENDMENT 8, CRUEL and UNUSUAL PUNISHMENT (Loss of Contact w/ CHILD.)</u>

2.  **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities         ☐ Mail              ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: <u>Cruel and Unusual Punishment</u>

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count 15. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On Sept. 26, 2013, the Sentencing Judge handed down a No-Contact Order requested by the Instant offense victim's family not to contact them after my sentence is complete. There was no such order requested from my family or from my wife and Daughter. The USP-Tucson defendants has exceeded the punishment handed down to me from the Sentencing Judge, therefore causing Cruel and Unusual Punishment by PROHIBITING me from contacting my daughter, severing my Parental Rights without Due Process. I have been communicating with my daughter before my Arrest, After My Arrest and After Sentencing, when I arrived here in Oct. 2013 till I requested a "Transfer" to a Medium Prison from my former Case Manager, Defendant Edna Lara. I am being chilled in providing Care, Custody, and management of my child. My daughter currently lives in the Phillipines (a 3rd world country) and is in need of any support I can offer to her (Emotional and Financial). This Institution is Prohibiting me from doing that and giving life guidance on future living areas, Career Paths, etc. Defendants involved: Complex Warden (Former & Current), Defendants in Psychology Department, Legal Assistant Lorri Mitchell, All DHOs (Current and former) Unit Team Members (Current & Former), Challenge Program Staff (Current & Former) SIS Lt. A. Gallion. On Sept. 25, 2019 I was discussing contraceptives with her and her mother, giving life advice, yet the Defendants chilled my speech and Familial Association for giving life Advice to my daughter (16yo at the time) The Defendants actions were exaggerated and overbroad by Blocking my Wife's Info. & Suspending my telephone Indefinately.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

My 1st Amend. Right of Parental Rights was chilled (Still being) and I am being UNJUSTLY Punished by exercising my Rights.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count 15?                          ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count 15 to the highest level?                 ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT 16

1. State the constitutional or other federal civil right that was violated: _Eighth Amendment, Deliberate Indifference, refusal of Medical Care_

2. **Count** ___ . Identify the issue involved. **Check only one.** State additional issues in separate counts.
   ☐ Basic necessities            ☐ Mail                    ☐ Access to the court      ☒ Medical care
   ☐ Disciplinary proceedings     ☐ Property                ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety        ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count _16_. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   When I was removed on Sept 9 to the SHU for the 197 I/R they found a surplus of medication in my Pill Bottles. Instead of Assuming that I was taking my medications and placing up on Pill line to make Sure I would take them, Dr. Ann Ash decided to discontinue my Medication without checking my Medical Records to check Blood Pressure readings and order lab work to check if I was taking my Meds. If she checked my Medical Records she would have saw low Blood Pressure readings from my recent visits to Medical (Dental, and Sick call) I had to wait 6 months before I would be able to receive my blood/medicine (pressure), I filed grievances to request simply be put on Pill Line. The Warden denied. I appealed to Regional Office. It was Received 1-31-2020, I did not receive a "timely" response but was told by my Counselor B. Dyler "to be Patient" and the Remedy Clerk, Diahueno, to me that Regional Office was "behind" due to COVID-19. Yet I had 8 other Remedy's that I got back before May 2021. When I finally received the Regional Office Response back denying my request to be Put on Pill Line Thwarting my Remedy Requests.
   Defendants Involved: Dr. Anne Ash, Health Services Administrator Susan Bass, Remedy Clerk, D: Regional Admin. Clerk Jane Doe, Complex Warden (Former) Barbara Von Blanckensee

   I have since been placed back on my Medications. (Increased Dosage and Added omeprazole for heartburn).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was removed from my life prolonging Medication, I experienced Loss of balance (Vertigo) and still experience it often till this day. I experienced a mini-stroke during lockdown for COVID-19 in May 2020.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?        ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count _16_?        ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count _16_ to the highest level?        ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _The Regional Office Thwarted my Administrative Remedy by taking too long to respond and was told by Counselor and Admin. Remedy Clerk to "be Patient"._

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

18

## D.  CAUSE OF ACTION

### COUNT  *7*

1.  State the constitutional or other federal civil right that was violated:  <u>Constitutional Right</u>
<u>under the Eighth Amendment, Cruel and Unusual Punishments inflicted.</u>.

2.  **Count**    Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Cruel and Unusual Punishment</u>.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count *7*. Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
<u>Defendant's B. von Blanckensee, A. Gallion, L. Unruh-Parker, K. Werner, Lorri Mitchell,</u>
<u>Dr. J. Hayden, D. McNamara, Edna Lara, Amanda Stangl, C. Cole, Antonietta Estrada,</u>
<u>K. Garcia, M. Mack, supported and/or helped facilitate Unusual Punishment that is</u>
<u>outside the scope of my Sentence handed down from the Sentencing Judge. The Defendants</u>
<u>also include: D. Madrid, M. Mitstifer</u>

<u>They did so by their action or inaction to prevent me from contacting my daughter</u>
<u>severing the parent-child relationship between my daughter and myself. Which is</u>
<u>which is outside the scope of their employment and my sentence and the actions or</u>
<u>inactions served NO legitimate penological interest.</u>
<u>They Also Violated my First Amendment Right with my Fifth Amendment Right of Freedom</u>
<u>of Association with substantial due process on my Fundamental Constitutional Right</u>
<u>for care and magement of my child along with severing my Parental Rights.</u>
<u>With NO Legitimate Penological Interest.</u>

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
<u>The above defendants created Cruel and Unusual Punishment towards me by severing my</u>
<u>parental rights and my parent-child relationship.</u>

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b.  Did you submit a request for administrative relief on Count *7*?    ☒ Yes    ☐ No
   c.  Did you appeal your request for relief on Count *7* the highest level?    ☒ Yes    ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT 18

1.   State the constitutional or other federal civil right that was violated: _Eighth Amendment rights have been violated because my (minor) daughter's personal/identifying information was not protected. Violating 18 USC 3771(a)(8)_

2.   **Count III.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
   ☐ Basic necessities             ☐ Mail                    ☐ Access to the court        ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property                ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety        ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count 18.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_The below defendants state their actions are to "project" his daughter, yet there is a pattern and regular practice of disclosing my minor (at the time) daughter's personal identifying information in their reports (Incident Reports, DHO Reports and Correctional Management Plan) Defendant Amy Muraila (Correctional Treatment Specialist "CTS") in 196 and 197 IR's in 2017. Defendant D. Madrid (SIS Agent) in I/R and I/R used in FBI investigation. DHO (former) J. Ciufo in DHO Report dated 1-11-2018 (IR#3064567) DHO (former) C. Cole in DHO Report dated Oct. 22, 2019 (IR#3301589) DHO (Antonietta Estrada) in DHO Reports dated April 27, 2020, April 30, 2020 (IR#3301589) Defendant A. Cristinzio (SIS Agent) on Dec. 7, 2017, IR#3064567 has forged signature. Defendant M. Mack (former DHO Secretary) signed DHO Report in Jan. 2018. Defendant B. Nicholson (Current) DHO Secretary signed DHO Report dated October 22, 2019. Defendant Amanda Stangl delivered and signed the DHO Report dated April 30, 2020 Defendant's Dr. Werner and Dr. Unruh-Parker included Daughter's First Name in CMP until I objected. As Evident by the 4 IR's and 3 DHO Reports shows a pattern of disclosing minor's information to the Prison General Population. (for IR's see Cobb v. Howard, CV-20-515-TUC-LCK, Docket #5, #6 + #9)_

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_Daughter's First and Last Name, email and Phone number disclosed allowing potential predation of her on Social Media, and potential Harrassment. All Defendants Above violated 18 USC § 3771(a)(8)_

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Count 18?  ☒ Yes  ☐ No
   c.   Did you appeal your request for relief on Count 18 to the highest level?  ☒ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

20

## COUNT 19

1. State the constitutional or other federal civil right that was violated: <u>Medical Defendants were</u>
<u>deliberate indifferent to Plaintiff's Medical Needs causing unnecessary pain, 8th Amend.</u>

2. **Count** . Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____ .
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 19. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
<u>In March of 2019, the Plaintiff was seen by Dr. Waite for his yearly chronic care visit.</u>
<u>At the visit they discussed the Plaintiff's issues with the general population's food,</u>
<u>and the Plaintiff's difficulty he was having after eating it. Mainly experiencing extreme</u>
<u>pain due to gastrointestinal issues ("Heart Burn") due to his gall bladder being removed</u>
<u>to prevent a life ending illness. The Plaintiff discussed before the Chronic Care visit</u>
<u>with the Food Service Administrator about the preparing of the food for the General</u>
<u>Population (gen. pop.) and him experincing extreme Heart Burn. The Food Service Admin.</u>
<u>offered a solution, to request through Medical a "Bland Diet". Given the recommendation</u>
<u>by the Food Service Admin. the Plaintiff requested the Bland Diet from Dr. Waite. Dr.</u>
<u>Waite told the Plaintiff that he would send an Email to Food Service prescribing a Bland</u>
<u>Diet for him. Dr. Waite did not print or give the Plaintiff a Medical Data Sheet (MDS).</u>
<u>The following day, the Plaintiff requested a MDS print out from the Physical Therapist.</u>
<u>The MDS listed under "Other" Bland Diet, with no expiration date. Next years Chronic Care</u>
<u>visit, on March 20, 2020, the Plaintiff was seen by H. Haight-Biehler, the Clinical</u>
<u>Director ("CD"). The CD did not ask or bring up the Bland Diet during the course of the</u>
<u>visit. The Plaintiff did not either, due to NO expiration date. (Continued on next page>> )</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>The Medical Defendants were deliberate indifferent to the Plaintiff's Medical Needs, and</u>
<u>therefore caused Unnecessary Pain to the Plaintiff for 9 months, and used the Bland Diet</u>
<u>as retaliation toward him for filing grievances, as evident by the timing of removing the</u>
Bland Diet, in the same week that the Regional Office was investigating the $2 charge.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 19?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 19 to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>The response from the Informal Resolution said to wait for next chronic care</u>
<u>visit and by the time Region would have answered I would have had my visit. This Count is</u>
is mainly give evidence of how the Medical Staff retaliate against inmates (Plaintiff).

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

COUNT 19  (Continued)

In September 2019, the Medical Department charged the Plaintiff with an Additional $2.00 charge, for a visit where no treatment occurred. The Plaintiff appealed the charge to Regional Director. While awaiting for the Response from the Regional Director, on June 23, 2020, during the modified lockdown for COVID-19, the Plaintiff was removed from the Bland Diet by the Medical Department, without being seen or having a consult. Three days later, on June 26, 2020, the Regional Director signed the Response to the Appeal concerning the $2.00 Charge from the Medical Department.

he Plaintiff emailed the Medical Department and inquired about why he was removed, the only response he received was that the Bland Diet EXPIRED, in March 2020. (3 Months earlier) So the Plaintiff filed 2 Informal Resolutions, for 1) to be placed back on the Bland Diet, and 2) To stop any retaliation and future retaliation due to filing grievances. The response for #1 was from Defendant, J. Alexander, AHSA. It stated, "A review of your records has determined that this bland diet was for last year and has expired. You have No Diagnoses medication to support its continuation. You can further discuss it at your next chronic care appointment or you can schedule a sick to discuss it."

This Response appears to show deliberate indifference by J. Alexander, by reviewing the Plaintiff's medical records and overlooking the numberous mentions of the Plaintiff having gastrointestinal issues.

The Plaintiff appealed to response to the Complex Warden, Defendant B. von Blanckensee, in her Response dated, 10-1-2020, she stated, "Records show a Physician wrote a bland diet request on March 26, 2019, with an expiration date of March 25, 2020. There is no documentation or clinical evidence for the order. The removal of your gallbladder does not indicate a need for a specialized diet. It is recommended to self-select foods high in fiber, low fat, and limit acidic and fatty foods. For a small period of time after the surgery it was recommended a bland diet; however you are past that stage."

This "Medical Advice" appears to be inappropriate coming from a Complex Warden and NOT a Doctor or "physician". Given that a gall bladder does NOT grow back and its primary function is to store and release excess bile as needed for the small intestine.

The #2 Appeal was accepted at the Institutional Level, (Remedy #1050256) then rejected as "untimely" even though it received only 2 days later than #1 Appeal (#1049568), with other reasons for rejecting it.

The Plaintiff decided not to appeal to the Regional Director, due to the time frame of his next Chronic Care visit. The Plaintiff DID try to request a "Sick Call" appointment for approximately 3 months but was refused to be seen. (See Email dated 6-26-2020 thru 9/14/2020. The delay between emails is due to Lockdowns due to the COVID-19 virus.)

The Main reason for this Count is show evidence of the Administrative Remedy Clerk Thwarting the Administrative Remedy Appeals by accepting one Appeal and rejecting a retaliation appeal (even when submitted only 2-3 days apart).

The sub-reason is to show the Medical Defendants and the Complex Warden giving false information in their response and that the Medical Staff was retaliating against the Plaintiff for filing grievances against them with the Regional Director.

In March 2021, the Plaintiff was seen by the CD and placed back on the Bland Diet and also prescribed Om            , showing actual reasoning that the Bland Diet WAS necessary and Plaintiff should have been placed BACK on the Bland Diet in June 2020. (Or not even Removed from it in the First Place.)

Therefore the Bland Diet WAS/IS Justified and the Plaintiff was punished due to Dr. Waite's negligence by not documenting the need for the Bland Diet in March 2019.

The only relief available is Declarative Relief of ordering the Medical Department to STOP Future retaliation against the Plaintiff.

**COUNT 20**

1. State the constitutional or other federal civil right that was violated: _8th Amendment,_
_Deliberate Indifference / Cruel and Unusual Punishment._

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 20. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On March 31, 2021, Echo Units were "Kicked out" at 8AM into the Yard, After being sheltered in the Unit for 12 months due to COVID Modified Operations. We were not provided Potable Water (Cold or Warm or Hot). There was not adequate shelter for CDC guidelines to Physical Distance for 120 (Approximately) inmates under 2 blue shelters. On Friday, April I received an extreme Sunburn on my Head and Neck and Arms. ON Friday April 2, 2021, at the evening, the Unit C/O noticed my Eyes and forehead were swollen, called medical, medical said to see them tomorrow: On April 3, I reported to medical Pill line window, I was refused medical care, told I had "sun poisoning" and go back to my Unit. I requested Photographs. They Refused. I then spoke with the Lt's Office and requested Photographs. They denied me as well. On Sunday morning my eyes were swollen almost shut. I went to the Insulin Line Window to a Female Nurse Schuler, she told me to wait till she finished Insulin Line. Then she gave me a injection and Aspirin for the swelling. On Monday morning the swelling was subsiding. The male Nurses acted deliberately indifferent and failed to treat me when I presented myself for help. I was charged $2.00 for the shot and aspirin. Defendants involved: Health Service Administrator S. Bass, Assistant Health Service Administrator J. Alexander, Counselor Byler, Complex Warden Catricala Howard, Nurse Williams and Nurse Newland, C. PA-C, RN Quesada, C. Schuler (Witness Treatment), F. Bilger FNP-BC

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was denied medical care by deliberately indifferent nurses (ie lazy Nurses)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 20? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 20 to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _There was no permanete injury because of the "Caring" Nurse that treated me on Sunday, April 4, 2021._

22

**COUNT 21**

1. State the constitutional or other federal civil right that was violated: _Deliberately indifferent &_
_(Evidence of Futher Retalitory Events.)_

2. **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 21.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   On March 31, 2021, Echo Units were "Kicked out" for a K-9 Drug search. The search was completed in 1 hour, With 0 findings of drugs. It was decided that the Units would stay out for almost 4 hours, Approximately. As a result I deleloped a severe Sun burn. On my head, neck and Arms. I experience extreme Pain for 5 days. There is no possible way to take a cold shower. (One Button on shower to start) I emailed HSA & AHSA about being issured a "Sun Hat" and long sleever by the Medical/Laundry Department. I was told that Sun Hats are for persons with a History of skin Cancer and purchase a Hat on Commissary, and purchase a long sleeve Shirt from Commissary. Commissary Does NOT List a Wide Brim hat that Covers all the Head and Neck area. Long sleeves are grey and was told by Laundry Supervisor, Ryan, that Grey Shirts are not allowed in the Chow hall at Lunch time.
   Allowing only Inmates WITH skin Cancer does not provide preventative Measures to Prevent Skin Cancer. I was the oNLY Inmate from Both Units that had swollen eyes and forehead, due to the extreme sunburn. (There was other inmates that get 3rd degree Burns) (Scaring as well)

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   I currently have No preventative measures against the sun in the Arizona desert to prevent skin cancer, if I am Quickly forced out of the Unit into the sun without preparations.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☒ Yes      ☐ No
   b. Did you submit a request for administrative relief on Count 21 ?                 ☒ Yes      ☐ No
   c. Did you appeal your request for relief on Count 21 to the highest level?        ☐ Yes      ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  This Count is evidence of further Retalation by Medical for filing greivence

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

23

COUNT 22

1. State the constitutional or other federal civil right that was violated: _Constitutel TORT_
_Items Lost or stolen or destroyed_

2. **Count** . Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☒ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 22. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On Sept 5, 2019, I give Defendant Meredith Mitstifer 9 photographs of my daughter, 1 envelope with daughters address, 1 letter (Handwritten), 1 Father's Day Greeting, Song lyrics (Handwritten) (2), 2 Post-It Notes with distription of 2 photographs. I went to SHU on Sept 9, 2019. On Sept 18, 2019 I was given Confiscation form for the Items by Defendant Dr. Linda Unruh-Parker in front of Dr. Werner. I was told that I was going to talk S.I.S. about sending the Items to my Mother later." After I got out of the SHU on October 10 2019, I inquired by Email and talking to S.I.S. A. Gallion (Defendant) about sending my Items to my Mother. I was given the "run around." So, I filed a BP-8, the Response was the Items were "lost or misplaced." I filed A BP-9, the response said the Items could not be found. It should be noted that the response also Stated that If the Items were located I would still Not be allowed to send them to my Mother. I was told By the Regional Office that that I need to file a TORT claim. I filed 3 tort claims but All 3 were ignored by the Regional Office. The Sum I seeked was $25,000.00 for Replacing the irreplaceable Items. Defendants Involved: Dr. M. Mitstifer, Dr. Unruh-Parker, S.I.S. A. Gallion, Lorn Mitchell, Complex Warden Catricia Howard, (Former) Complex Warden Barbara von Blanckensee, Admin Clerk for Regional Office, Jane Doe, Chief Psychologist James Hayden. James Hayden said that he was pictoral copier of the Items.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
My personal property was lost, misplaced and/or destroyed. The property was irreplaceable. The property was never returned. Plaintiff prays for $25,000 for "lost" property or for the Items be returned to him or a copy of the Items be Electronically sent to his Mother's Email Address.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count 22?     ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count 22 to the highest level?     ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

24

## D.  CAUSE OF ACTION

### COUNT 23

1.   State the constitutional or other federal civil right that was violated: _8th Amendment, deliberate Indifference and Cruel and unusual Punishment_

2.   **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☒ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 23. Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

On June 8, 2019 I was injured during a Challenge Program sanctioned kickball game. My fingers on my right hand, the 3rd + 4th fingers were bent on the last knuckle down and could not extend. (See Merk Manual copy of Mallet finger Injury.) I was not able to extend my finger fully and was in Pain for weeks. I was under the impression that the Injury was a finger "Jam". After the swelling of both fingers did not go away and my fingers not straightening out I saw in the Merk Manual that Surgery might be needed if fractured. I decided to Report to Medical. I went to SickCall and waited to be seen. After 1 hour and 45 min I asked when I would be seen. The Nurse said I would be put on a Callout and not treated today. I waited for 3 weeks then went myself to Physical Therapy. He saw me, gave me Splints and ordered X-Rays. On Aug. 14 I was finally Put on a Call-out. I thought it was about a different Issue. Putting my Extra Blankets back on my MDS sheet, Nurse Cox looked up Physical Therapist Notes and Saw that I have already been Treated Before 8-14-2019 by Physical Therapist Not Medical. She told me I would not be charged. If I waited for Medical to Treat my fingers I would have 1 and 1/2 Months to be treated. After I showed them my bent fingers on July 1, 2019. My Ring finger on my Right hand is Now longer than my Ring Finger on my Left. I filed TORT Claims 3 times. All of the TORTS were Ignored.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

I am permanately disfigured. I did not enter USP-Tucson this way. I requested a Sum of $1,500,000.00 on the TORT claim. for Permanate Disfigurement

5.   **Administrative Remedies:**
- a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
- b.   Did you submit a request for administrative relief on Count 23?   ☒ Yes   ☐ No
- c.   Did you appeal your request for relief on Count 23 to the highest level?   ☒ Yes   ☐ No
- d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

25

## COUNT 24

1. State the constitutional or other federal civil right that was violated: <u>Intentional Infliction of</u>
<u>Emotional Distress ("IIED")</u>.

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other <u>Emotional Distress</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 24. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

<u>Plaintiff alleges that the extreme and outragous conduct by the following defendants</u>
<u>was with the intention of causing, or reckless disregard of probably causing,</u>
<u>emotional distress by Placing the Plaintiff in a cell with a cellmate that was in the</u>
<u>SHU for beating up his last cellmate, suspending his telephone for over 18 months,</u>
<u>Blocking ALL Communication with his Wife (including his daughter), being caused to be</u>
<u>removed from the "Challenge Program" (effecting his ability to qualify for the FIRST</u>
<u>STEP Act that would have caused him to Drastically reduce his sentence), Not removing</u>
<u>from a cell that was causing him extrreme emotional stress with another cellmate of</u>
<u>a different race, that was also a serial "Gunner", which reduced him to wanting to</u>
<u>commit suicide (See Medical Records from Psychology), due to his cellmates controling</u>
<u>nature, and not allowing a phone call to his mother or any other family member upon</u>
<u>learning that his maternal grandmother (that helped raise him) had passed on Feb. 6,</u>
<u>2021, which is classified as a family emergency/crisis.</u> *There is a Pattern of trying to hurt*
*Sex offenders that make contact with their family That the Staff Believe is wrong. (Smith v. Shartle)*
<u>B. von Blanckensee, Lorri Mitchell, unknown SHU Officers, K. Garcia, M. Mitstifer,</u>
<u>D. McNamara, Unit Manager Edna Lara, Case manager Amanda Stangl, Counselor B. Byler,</u>
<u>Lt. Duarte, Ms. Diabueno (Secretary for the Complex Warden), DHO C. Cole, DHO A.</u>
<u>Estrada.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>My evidence will show a reckless disregard for the Plaintiff's emaotional needs and</u>
<u>a delibrate extreme and outragous conduct that SHOCKS the Conscience that caused</u>
<u>the Plaintiff to condemplate and come close to commit suicide.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count 24?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count 24 to the highest level?   ☒ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>I was not able to exhaust ALL the above issues to the HIGHEST Level</u>
   <u>BUt I did Exhaust ALL my AVAILABLE Administrative Remedies.</u>

26

**COUNT 25**

1. State the constitutional or other federal civil right that was violated: _Violation of 18 USC§1001_
_by Defendants. (Statements on Federal Documents)_

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☒ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 25. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_The following Defendants made false statements Knowingly in the Plaintiff's Record:_
_Defendant Amy Moraila (CTS Evans) on I/R in 2017 (196 & 197)_
_Defendant D. Madrid (SIS) on I/R in 2019 (197)_
_Defendant Lorri Mitchell in the Memorandum in the Central file_
_Defendant D. Madrid (SIS Agent) in a FBI Investigation_
_Defendant Antonietta Estrada in Court Filing (Declaration) Purjured herself and in DHO Report_
_Defendant (Former) DHO J. Ciufo in her 2017 DHO Report_
_Defendant (Former) C. Cole in his DHO Report dated Oct 22, 2019_
_Defendant DHO secretary B. Nicholson signed the October 22, 2019 DHO Report._
_Defendant (Former) Case Manager/Staff Representative Amanda Stangl at DHO Hearing_
_Defendant Case Manager (former DHO secretary) M. Mack at DHO Hearing stated, "looked into this_
_previous charge, looked into the expunged reports by Prior DHO. It does not pertain to this Charge_
_(Previous and recent Charge pertain to my Daughter.) Saw the Non-existent Expunged Reports._
_Defendant A. Cristinzio  (SIS Agent) in Dec, 2017 I/R (Forged Document) Signature_
_Defendant L. Unruh-Parker authored "Revised" CMP_
_Defendant K. Werner authored Sept 2019 CMP_        ←Violated J+C (False Statement)
_Defendant Allison Mulcahy authored original CMP in July 2017._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_False Statements Committed by the Above Defendants Perjudiced the Plaintiff and gave_
_the Defendants the rationale and excuse to Block his Wifes Contact Info, suspend his telepho_
_indefinately, Steal/Destroy his property, Not allow end of life Phone Call to Grandmother. Passed 2-6-20._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count 25?    ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count 25 to the highest level?    ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

27

# COUNT 26

1. State the constitutional or other federal civil right that was violated: 42 U.S.C. §1985, 42 U.S.C. §1986, Fifth  Amendment                                                                                                      .

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☑ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☒ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 26. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

COMPLEX WARDEN B. von Blanckensee has signed and approved serval Memorandums placed in front of her by Prison Staff (L. Mitchell, and S.I.S. agents) taking away the Petitioner's Constitutional Rights without full knowledge of what she was signing without checking into the Facts of the Criminal Case of the Petitioner. These memos were signed and approved by her due to the fact that the Petitioner is a Sex Offender and the Memos were negative in nature for the Petitioner. She is Ultimately is responsible for what she signs and for the Persons under her command as CEO of this institution. She has failed to give any written notice to the Petitioner going against B.O.P. Policy Statements, denying the Petitioner any Administrative Remedies to file against the Memorandum she signed so that he can properly argue against the memorandum she signed that the Legal Assistant Lorri Mitchell. Given that she suspended his Phone on or before September 10th, 2019, without any DHO Santions, or notice to the Petitioner about the Suspension so that he may go through the Administrative Remedy Process. The Petitioner is without any Real Knowledge of any reasonable rationale that she may have used to Suspend his Phone and Block his Wife's Addresses, and even BLOCK any Telephone numbers on his contact list, due to his Phone being off by her decision to Approve the Above Memorandums. The defendants SIS Agents, Legal Assistant, Unit Managers, Psychology Staff, Trust Fund, and Both Complex Wardens Conspired to Violate Plaintiffs Fundamental Rights.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I have been injuried by not having Family/Community Ties with my Wife and Daughter due to the BELIEFS (NOT FACTS) of the Staff members that authored the Memos that the Complex Warden Signed and Approved.                                                                         .

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count 26?      ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count 26 to the highest level?      ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

28

COUNT 27

1. State the constitutional or other federal civil right that was violated: <u>Theft of Inmate's Funds</u>
<u>(Additional $2.00 Co-Pay deducted from Petitioner's Account.)</u>.

2. **Count** ___ . Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail            ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: <u>Theft of Inmate's Funds</u>.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 27. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On August 6, 2019, the Medical Department encumbered the Petitioner's Account for an
   additional $2.00 that was unauthorized due to policy.
   On July 1st, Petitioner went to Sick Call for a Finger Injuries to his right hand,
   his third and fourth digits. He was told that he will NOT be seen and to wait for a
   medical call-out on a future date. After waiting for several weeks with no call-out.
   The Petitioner went to see the Physical Therapist to look at the injuries and get
   X-rays to make sure that no surjury is needed. He was charged $2.00 for that visit.
   (which is not indispute) On August 14th, 2019, he received a call-out for "MED COX".
   He went to the Call-out and was asked if he knew what the Call-out was for. After
   receiving an Email from HSA BASS that he will be placed on a call-out for his "jacket
   year around" being removed from his Medical Data Sheet (MDS), he thought the Call-out
   was about the jacket. She said "No, it is about your finger injuries". He told her
   that has already been delt with and she verified and said there will be no charge.
   When the Petitioner received his "phase pay", $4.00 was deducted from his account.
   ($2.00 for Physical Therapist and $2.00 for a Medical Visit.) The Petitioner Emailed
   HSA BASS about the extra charge and she refused to refund the $2.00. Remedies Exhausted.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Medical Staff has stolen $2.00 from the Petitioner. And they refused to refund
   the $2.00.



5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count 27?                        ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count 27 to the highest level?              ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## COUNT 28

1. State the constitutional or other federal civil right that was violated: _Conditions of Confinement_

2. **Count** . Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 28. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On approximately December 2018 Plaintiff filed a Supplemental filing that requested the Information In the Remarks of his Computation Sheet that "Now" mentions the Expunged IR #2988505 after the CoPh/Plex Warden claimed in Court that "any reference" of the IR was Expunged. Yet it was found still in his Record. He was directed by the District Judge to file request in a 1983 Bivens Claim.
   On Jan. 22, 2020 Plaintiff filed a BP-8 to correct his Record. The Response said, "Computation Data was sent to DSCC Team Delta on 1-24-2020. As of 2-04-2020 no response has been recieved and the remarks are still listed on the Computation Data Sheet. Relief is denied at this time since DSCC can only correct the issue at the Correctional Systems Department due to no access to remove the remarks." Yet, I was told by a different Case Manager from a different Unit, Mr. Scholary, that the Records Department for USP-Tucson can Correct the Record.
   10-2-2017 states 5-26-17: DIS GCT D/SIG.
   11-14-2018 added 11-8-2018 GCT UPDT D/SYT/December filed to deleted Remark then on Jan 29 2019 it states: "11-8-2018: IR#2988505-Expunged D/SYT." Changing the Remark showing edits are possible and vendictiveness by Adding IR# to Remark after requesting to remove the Remark.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Incorrect Records being Kept by Federal Employees, Delete NOT Automated Remark._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 28? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 28 to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _No Notation Stating that higher levels Possible to Appeal if dissatisfied. Exhausted Available Remedies._

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

30

## D. CAUSE OF ACTION

## COUNT 29

1.    State the constitutional or other federal civil right that was violated: _Conditions of Confinement_
_Central File SENTRY Entries incorrect due to filing in Court_

2.    **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☒ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion    ☒ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 29.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_Approximately Dec. 2018 Plaintiff filed a Supplement filing to his 2241 petition requesting that Remarks be edited to NOT include the Any Reference to the IR that was expunged by the BOP in Sept 2018 off his disciplinary Report. Instead After the filing the Remark for 11-9-2018 was changed to Include the IR # from part the original Remark of "GCT UPDT D/SYT." Meaning that the Remark presently on the Record is NOT a "Automatic" Entry._
_On April, 2019, Plaintiff filed a Attempted Draft Plea Agreement in the Court of Appeals, for a charge of 2251 and One Count of 2260 (That the Plaintiff did not agree to) as a Exhibit. And in late 2019 A charge of 2260 was added to his computation sheet. Plaintiff was told by former CM Schlor that the Institutional Records could remove the 2260. On 12-30-2020 the DHO Estrada filed a Declaration stating that the Plaintiff was charged with a 2260 plus a Felon in possession of a Firearm charge and one additional charge of 2251, to go along with her narrative that Plaintiff is not allowed to contact his daughter._

_I have filed a BP-8 to correct the Remarks on my Computation to Remove Any mention of the IR for the "Weapon". The Response did not state that I could Appeal the Denial and that it was the DSCC can only correct the issue._

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_I have been injured and prejudiced by this BOP Institution because of filing Petitions and Responses in Court._

5.    **Administrative Remedies:**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☒ Yes    ☐ No
b.    Did you submit a request for administrative relief on Count 29?          ☒ Yes    ☐ No
c.    Did you appeal your request for relief on Count 29 to the highest level?          ☒ Yes    ☒ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _My Available Remedy was exhausted_

31

COUNT 30

1.   State the constitutional or other federal civil right that was violated: Retaliation for exercising
my First Amendment right to file grievances.

2.   **Count**    .  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☒ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 30.  Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.
In August 2017, I filed in my District Court to clarify the Judgment and Commitment Order
("J&C"). The Prosecutor contacted my (then) Case Manager Edna Lara about the filing.
She gave him a copy of a "expunged" 197 Incident Report (I/R), that the Prosecutor used
as a "exhibit" in his filing in Court. On October 1 , 2017, I was scheduled for a
Program Review (TEAM) meeting. I spoke to my (then) Unit Manager A. Adamiec about being
present at TEAM, he replied that Oct. 1 , was a Thursday, and that was his "Late Night"
and that he does not come in till 10:30am that day. I asked if I could postpone the
time to allow him to be there , he did not respond positive or negative, only shrugged
his shoulders. On Oct. 1 ,2017, at 9am, I went to Education to pick up a Certificate
for the TEAM, knowing that my Unit Manager will not be there yet. At 10am, I returned
back to Unit (C-1) and waited for my name to be called for TEAM. Others were called
but not mine. At 10:45am, Mr. Adamiec came from the back office and said that I missed
TEAM. I waited at the Unit Team Door from 1pm-1:45pm. Then Lara came to the door and
told me that she will reschedule me for next week. (To sign a piece of paper.) One
hour later I was called to the Lt.'s Office and received a I/R for Missing TEAM. On
7-1 -2019, I went to another TEAM with a different case manager, SCHLOR, he admitted
while training another Staff member, V. Cole, that writing a 310 was for retaliating.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
I have been constantly Targeted by Defendant Edna Lara, since I requested a transfer
at my May 1st, 2017 TEAM. Including Being moved from C-1 to E-1 under her TEAM. Lara
sending Emails to Psychology and S.I.S. stating that my daughter is my instant offense
victim, and filing with the Internal Affairs against her.

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
your institution?                                                          ☒ Yes      ☐ No
b.   Did you submit a request for administrative relief on Count 30?        ☒ Yes      ☐ No
c.   Did you appeal your request for relief on Count 30 to the highest level? ☒ Yes    ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
did not. _____
_____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

32

## COUNT 3ₗ

1.  State the constitutional or other federal civil right that was violated:  **Retaliation by Medical Staff by Deliberate Indifference.**

2.  **Count** . Identify the issue involved. **Check only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☒ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count 3ₗ. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    Upon being removed from the Unit to be placed in the Special Housing Unit (SHU), the Correctional Officer saw the Petitioner's Medicine Prescribed by the Medical Depart. The Defendant Dr. Anne Ash saw that there was excess pills in both bottles. She then "assumed" without contacting or questioning the Petitioner about the excess, that the Petitioner was "Hoarding" the Medicines, with possible future attempt of suicide. Instead of Placing the Petitioner on "pill line" to assure that he is taking his medications, she discontinued both life prolonging medications.

    The Petitioner Appealed to Warden, it was denied, then the Petitioner appealed to the Regional Office, it was accepted/received on 1/31/2020. And remained at the status "Received" at that level, when the Petitioner inquired about it to his Counselor and the Administrative Remedy Clerk, he was told to remain patient, due to them being behind because of COVID-19 virus. The Regional Office is thwarting the Petitioner's available Administrative Remedy Process, rendering the process futile, (UNAVIALBLE.) The Petitioner's reflected low pressure readings for July, August, and September Medical Visits, compared to his arrival in 2013 B/P readings. Causing a Potential Heart Attack. *The Response was Received by Plaintiff in May 2021.*

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    The Petitioner was harmed by the Medical Staff Defendants by discontinuing his life prolonging medications by discontinuing them 6 months, when Blood Pressure measurements would have shown that the Petitioner was taking his life prolonging medications. *Defendants Gave an opportunity for Risk of potential Stroke and/or Heart Attack.*

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count 3ₗ?      ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count 3ₗ to the highest level?      ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The Regional Office has refused to supply a Response, and prison staff has thwarted my Administrative Remedy Process by telling me to be patient.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

33

**COUNT 3~~2~~**

1.  State the constitutional or other federal civil right that was violated: *Retaliation by Medical Department; Cruel and Unusual Punishment (8th Amend)* ~~8th~~ *Deliberate Indifference.*

2.  **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☒ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count 3~~2~~. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    On June 23, 2020, Medical took me off my Bland Diet that was placed on me to prevent extreme GERD. This was the same week that the Regional Office was investigating my Appeal of being charged extra $2.00 that the Response was Dated on June 26, 2020. There response was that there is nothing in Records to support a Bland Diet and that it Expired on 3-25-2020. Which leaves the question if it was Expired on 3-25-2020 Why did I get taken off of it After/During the Regional Director investigating the Medical Department? The is ample evidence of me having severe GERD, Acid Reflux when I eat certain foods, that the Cooks prepare in the Kitchen. They could have asked Dr. Waite Why the Bland Diet and ~~place~~ renewed it but they chose to instead to Remove me from the Bland Diet. Causing me sever heartburn, pain + suffering. Defendants involved: Assistant Health Service Administrator J. Alexander, HSA Susan Bass, Complex Warden (Former) Barbara Von Blanckensee, Clinical Director Haight-Biehler, Defendant Dr. Waite (I did not exhaust because it was would have been futile, I got seen by Dr. on 3-25-2021.) If the Dr.'s write their notes properly, It would not have happened. Dr. Haight-Biehler placed me Back on the Bland Diet AND Gave me a Prescription for Omeprazole 20mg. Proving That I should not have been Removed from the Bland Diet.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    Being forced to eat the Main Course with excess Pepper + spices to gain Sustenance causing extreme pain and suffering for 9 months, before being Placed back on the Bland Diet.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count 3~~2~~?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count 3~~2~~ to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It was futile because by the time I would have filed at the Highest Level I would be back on the Diet. (With a Prescription for Heartburn Medicine)

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT 33

1.   State the constitutional or other federal civil right that was violated: <u>Retaliation for addressing</u> <u>Grievances with the Government, exercising Plaintiff's First Amendment.</u>

2.   **Count**   .   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
- ☐ Basic necessities           ☐ Mail              ☐ Access to the court        ☐ Medical care
- ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☒ Retaliation
- ☐ Excessive force by an officer ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count 33.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

<u>When the Plaintiff was placed back in the General Population, he was sent to his Parent</u> <u>Unit (Charlie One, "C-1") on the North Side of the yard. I filed greivances for</u> <u>corrections to my CMP and my DHO Hearing and my Wife's Contact information being blocked,</u> <u>and $2.00 being deducted from my account. Approximately one month later, Unit Manager</u> <u>Edna Lara was transferred back to U.S.P. from being Unit Manager at the F.C.I. Tucson</u> <u>"from across the street". Two Weeks later, I spoke with the C-1 Case Manager and disclosed</u> <u>the issues that I experienced under my old C-1 Case Manager (Edna Lara) and her beliefs</u> <u>about not allowing me to transfer until I have been at this Yard for 10 years, or even</u> <u>doing my whole sentence at the U.S.P. Level. Three days later, I was instructed to pack</u> <u>my property and move to the South Side (where I would be "under" Unit Manager Edna Lara.)</u> <u>Given that Unit Managers are the Approving Staff Member for a Inmate to transfer, this</u> <u>move combined with her beliefs (that are against B.O.P. Policy) would hinder a transfer</u> <u>when I would entitled to do so. I asked my previous C-1 Team about why and they could</u> <u>not give me a definite reason why I moved to E-1 from C-1. I asked my E-1 Counselor, he</u> <u>said "I did not want to give a bunk, because I did not know you, but my boss told me to</u> <u>give you a bunk so I had to. I asked Lara, She replied, "you were doing something before</u> <u>before you moved over here".</u>

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

<u>Edna Lara admitted that she retaliated against me for Filing Administrative Remedies, in</u> <u>front of 2 other defendants (Counselor Byler, Case Manager Stangl) During my "team" meeting</u> <u>on January 2, 2020.</u>

5.   **Administrative Remedies.**
- a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes      ☐ No
- b.   Did you submit a request for administrative relief on Count 33?                              ☒ Yes      ☐ No
- c.   Did you appeal your request for relief on Count 33 to the highest level?                     ☒ Yes      ☐ No
- d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

35

COUNT 34

1.  State the constitutional or other federal civil right that was violated: *Retaliation From Case Manager, Amanda Stangl.*

2.  **Count** . Identify the issue involved. Check **only one**. State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail              ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion    ☒ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count 34. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    On October 10, 2019, Defendant Amanda Stangl was my Staff Representive for my DHO Hearing, where she lied and said "I reviewed his previously charge in [2017] and he wanted his contact list and expunged reports, there is no copies of expunge reports." Yet I showed her my copies of the expunged reports and the previously charged I/Rs AND they were physically on the table in front of her in my documentary evidence. I was subsequently found "Guilty" of 197 Illegal use of Phone. On Nov. 21, 2019, I was arbitrarly moved from C-1 to her Unit E-1 where Unit Manager was (Edna Lara) Defendant On 12-2-2019 I was brought into her office to get form my First Step Act Agreement. While I was there I asked her to transfer me as soon as my I/R was Expunged, She rebutted, You may if "it gets expunged. I said No. "When it does 'get expunged." Later that day she gave me my "Points" sheet where she done my Points for Custody and lowered my FAM/COMM Ties from Good to Minimal." I filed about correcting my Greatest Severity, in her BP-8 response she included sensitive information from my PSR. This chilled me from filing a continued grievance and to start the Process about the "Minimal" for COMMUNITY Ties. In October 2020 before she left to be C-Units Unit Manager she put me in a Transfer, knowing that it would be denied and I would receive another 12 months of a MGTV because of COVID-19. In Nov. 2020, my New Case manager fixed my Points back to good in Feb. 2021 Team. In October 2020, She asked me where I wanted go to Transfer, knowing that I would be denied Due to COVID Restrictions (See Declaration of Jordan Monroe)

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    She adjusted my records to have me placed in the Worst light Possible, exposed Information that was placed under seal by the Sentencing Judge. Retaliated against me for contacting my daughter because of her Beliefs and Emotions (Not the Facts of my Case)

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                             ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count 34 ?    ☐ Yes    ☒ No
    c.  Did you appeal your request for relief on Count 34 to the highest level?  ☐ Yes    ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  I remedy Requests Were chilled by Amanda Stangl's actions against me.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

36

COUNT 35

1. State the constitutional or other federal civil right that was violated: <u>Retaliation for following</u>
<u>a Direct Order from my Delta Two (D-2) Case Manager during Program Review ("Team Meeting")</u>

2. **Count** . Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☒ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 35. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
<u>On July 15, 2019, I had a Team Meeting with my Case Manager Schlor, present also was</u>
<u>V. Cole, a Correctional Officer (C/O) that was training to be a Case Manager. During the</u>
<u>Team Meeting, we all discussed a previous Incident Report for Missing a Team Meeting I</u>
<u>received in October 2017 that V. Cole was Co-Chair for. Mr. Schlor said that as a case</u>
<u>manager, (speaking to V. Cole), that it was common practice to write a Incident Report</u>
<u>for a Inmate missing "Team" if that inmate had upset the case manager, but do not do it</u>
<u>too often because it gives more work for your Counselor because they have to conduct the</u>
<u>UDC. On my Team Sheet, Mr. Schlor wrote for me to "establish Strong Family Ties".</u>
<u>Two months later I was written an Incident Report (I/R) for establishing strong family</u>
<u>ties. (Speaking to my Wife, daughter, Mother and Step-father, which I have not spoken</u>
<u>to my Wife and daughter in almost 2 years) My daughter recently turned 18 yo last November.</u>
<u>I was following a Direct Written Order from my Case Manager to contact my family, only</u>
<u>to have a I/R written for following the Direct Written Order two months later.</u>
<u>I believe as a result of giving notice to the B.O.P. about the above, they have REMOVED</u>
<u>Mr. Schlor from being the case manager for D-2. (other Defendants have recently been</u>
<u>removed from their positions or are no longer working with the B.O.P. since my Filings.)</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
<u>I followed a Direct Written Order from my Case Manager, and was written a 100 series</u>
<u>Incident Report, Code 197 (Criminal Use of Telephone) for doing so, and witnessed a case</u>
<u>manager training a future case manager when to write a "missing team" I/R against a Inmate.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes     ☐ No
   b. Did you submit a request for administrative relief on Count 35?        ☒ Yes     ☐ No
   c. Did you appeal your request for relief on Count 35 to the highest level? ☒ Yes     ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

37

## COUNT 36

1. State the constitutional or other federal civil right that was violated: _Retaliation by Defendant Edna Lara_.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 36. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On May 1, 2017, I had Program Review (Team) with Defendant, case manager for C-1 at that time. Also present was (former) Counselor Santa Cruz. I requested for a waiver of my Public Safety Factor (PSF) So that I could transfer to the East Coast closer to my family. She said No, because I have not been "Behind the Wall" for 7-10 years. I reminded her that I would be under 30 years in Sept 2017 and I currently have 6 points for Custody. Giving no rational reason to be classified with a "High" security level. 10 days later I was given a IR for Contraband (My first one) because of my Cellmate's Adult Pornography. It was expunged 4 to 5 days later, when he claimed the Contraband. Edna Lara then asked for 5 cells for more Porn. I replied I don't know. Then 2 days later, a "weapon" was "found" in my cell. After Appealing and going to court the 104 was Expunged (My cellmate's IR was expunged at the DHO Level. In July 2017 I received 2 IRs for contacting my daughter 196 & 197, due to Edna Lara's contact with S.I.S. and/or Psychology. They were both expunged, yet my email was turned off, as a result. In Aug. 2017 I filed a Motion in court to Clarify my JoC. The AUSA responded with the Expunged 197 IR and mentioned speaking to Edna Lara. Defendant disclosed my Expunged Report Without my Consent or Knowledge. After the 2019 197 IR I went to C-1 from the SHU. 2 weeks after Lara was returned from crossing the street, FCI, after I filed in Internal Affairs in May 2018, she moved me from C1 to E-1, to have me under her control.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I have been constantly targeted by Edna Lara, and harrassed for expressing my desire to be close to my family, because they have not abandoned me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count 36? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count 36 to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

**COUNT 37**

1. State the constitutional or other federal civil right that was violated: 18 U.S.C. §3771, §3509, Violations of not protecting my minor child's privacy ( ie her First, Last Name, Phone #, & Email address,

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: 18 USC §3771, §3509

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 37. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Petitioner alleges the Defendants, SIS tech. D. Madrid (Former) DHO J. Ciufo, C. Cole, Former DHO secretary M. Mack, current DHO secretary B. Nicholson, CTS Amy Morgila (CTS Evans) did not protect the Petitioner's daughter's privacy (a minor at the time), Including DHO Antonietta Estrada, by disclosing the daughter's Full Name and/or Telephone Number and/or her email address in the Incident Reports or DHO Reports given to the Petitioner while in the General Population of the Institution. (Adding C.Ristrazo as writer of I/R for 399 M/L 306).

Disclosure of her PII can cause Potential substantial Harm to Petitioner's Daughter by having any Correctional Officer that searchs his property, find her PII and use it in Social Media to harrass or hurt his daughter.

Disclosing a Minor's name (First or Full), email address, and Phone Number is a violation of the Minor's Privacy, which is a violation of the Privacy Act (552a) and also goes against rational professional ethics.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

All listed Defendants placed the Plaintiff's minor daughter in potential, substantial serious harms way, and showed reckless disregard for the minor's privacy, as well as Plantiffs wife and mother.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count 37?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count 37 to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

39

## D.  CAUSE OF ACTION

### COUNT 38

1.  State the constitutional or other federal civil right that was violated: _First Amendment Right to Free Speech by Suspending indefinately my Telephone Privileges_

2.  **Count I.  Identify the issue involved.  Check only one.  State additional issues in separate counts.**
☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: _1st Amend. Right to Telephone Access._

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count 38.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

On Sept 9, 2019, I received a false IR for contacting my daughter & wife calling the contact illegal, Code 197, illegal use of Telephone. On Sept. 18, I received a Correctional Management Plan (CMP) that said that the Complex Warden approved suspending my TRULINC Telephone. I inquired for how long to the SOMP Psychologists, Defendant SOMP Coordinator, K. Werner said, "Indefinately." Due to the 197 IR, I filed a BP-8 for suspending my telephone the response said my telephone was suspended indefinately. The Responde did NOT say the decision was appealable to the Next Level, If I was dissatisfied. Therefore, there was No more Available Remedies. Defendants Involved: Correctional Counselor Byler, Legal Assistant, Lorri Mitchell, Trust fund Supervisor, K. Garcia, Complex Warden (Former) Barbara Von Blanckensee, and Current Complex Warden, Catricia Howard.

As of July 2021, I have not been able to use my monthly Minutes (October 2019 - July 2021) In April 2020, the BOP director made all calls Free. Therefore not allowing me Free access to contact my Elderly Grandparents and Parents during the Worldwide Pandemic. The Minutes totals are: 1800 mins. (10-2019 - 3-2020) 8000 min. (April 2020 - July 2021) The BOP Director also raised the Minutes to 500 per month due to No Visits. 9800 divided between my Wife (international call) and U.S Family calls (.99 + .21)
4800 4900
485100  1029

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
My telephone Privileges were Suspended Indefinately and No Visits were allowed due to COVID and My Exercise of Free Speech was chilled by exercing my First Amend. Right of Intimate Association which continued during a Worldwide Pandemic, No Contact with U.S Family and International Family.

5.  **Administrative Remedies:**
a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
b.  Did you submit a request for administrative relief on Count 38?    ☒ Yes  ☐ No
c.  Did you appeal your request for relief on Count 38 to the highest level?    ☐ Yes  ☒ No
d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _No higher Level Available on BP-8 Response_

44

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

1) ALL Defendants be impeached from their positions of employment due to their actions,2) The 397 code violation be EXPUNGED, & ALL Remarks associated with it be removed from my B.O.P. Records,3) My telephone and E-Mail privileges be reinstated,4) My wife's E-Mail address, telephone numbers and mailing address be UNBLOCKED, 5) My daughter's E-Mail and telephone numbers and mailing address be UNBLOCKED,6) The extra charge from medical refunded ($2.00),7) My CMPs and psychology records be properly maintained and corrected,8) Any nominal and punitive damages be awarded to me that the Court deems Just and Equitable against ALL Defendants,9) Punitive damages for the proper amount to recoup all lost minutes (email & telephone),10) Both TORT claims be granted, ($25,000.00 & $1,500,000.00) 10) Any future retaliation & harrassment be stopped against my family and me, 11) ALL Court costs and fees be paid by the responsible Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___JUNE 4ᵗʰ, 2021_____
                 DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.